ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd
Suite 117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  QUY TRUONG

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual,<br><br>       Plaintiff,<br><br>       vs.<br><br>F & H INCORPORATED, a California corporation;<br><br>       Defendants. | Case No.: 8:20-cv-00480-DOC-ADS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>[Hon. David O. Carter presiding] |

**PLEASE TAKE NOTICE** that Plaintiff Quy Truong ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

  (a) **Voluntary Dismissal.**

    (1) By the Plaintiff.

      (A)  *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant F & H INCORPORATED, a California corporation ("Defendant"), has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: July 21, 2020

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Quy Truong

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:20-CV-00480-DOC-ADS**